LODGED
CLERK, U.S. DISTRICT COURT

4/1/26

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ MRV _____ DEPUTY



FILED
CLERK, U.S. DISTRICT COURT

4/1/26

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ MRV _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 2:26-cr-00186-WLH |
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 951: Acting in the United States as an Illegal Agent of a Foreign Government] |
| EILEEN WANG, | |
| Defendant. | |

The United States Attorney charges:

[18 U.S.C. § 951]

Beginning on an unknown date, but no later than in or around 2020, and continuing until at least on or about December 2022, in Los Angeles County, within the Central District of California, defendant Eileen WANG knowingly acted in the United States as an agent of a foreign government, to wit, the People's Republic of China, and

//

//

//

officials of that government, without prior notification to the Attorney General of the United States, as required by law.

TODD BLANCHE
Deputy Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division

AMANDA B. ELBOGEN
Assistant United States Attorney
National Security Division

2