UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,

         v.

EILEEN WANG,

       Defendant.

No. CR 26-186-WLH

ORDER UNSEALING CASE

The Court has read and considered the Ex Parte Application to Unseal the Case filed by the United States in this matter on March 8, 2026.  FOR GOOD CAUSE SHOWN:

The matter of United States v. Eileen Wang, Case No. 2:26-CR-186-WLH, including the information and plea to the information, will be automatically unsealed on May 11, 2026 at 9:00 a.m.

IT IS SO ORDERED.

May 11, 2026
DATE

_____
HONORABLE WESLEY L. HSU
UNITED STATES DISTRICT JUDGE