# UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – ARRAIGNMENT

Case No.  2:26-cr-00186-WLH                                    Date: 5/11/2026

Present: The Honorable: Pedro V. Castillo, United States Magistrate Judge

Interpreter  Junting Tan                                    Language  Mandarin

| Marlene Ramirez | 05/11/2026 | Amanda B. Elbogen |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

U.S.A. v. Defendant(s)  ✔ Present  Released on Bond      Attorneys for Defendants:  ✔ Present  Retained

Eileen Wang                                    Brian A Sun / Abigail G. Urquhart

**Proceedings: Arraignment of Defendant and/or**      ✔ **Assignment of Case**      **Appointment of Counsel**

**Initial Appearance**

* Interpreter confirmed to be present in the courtroom assisting with interpretation. Name of interpreter: Junting Tan; Language: Mandarin
* Defendant states true name is the name on the Information.
* Defendant is arraigned under name on the Information.
* Defendant acknowledges having read the Information and discussed it with counsel.
* Court advises that the defendant has a constitutional right to be charged with a felony by an indictment from a grand jury, but that right can be waived and if so, the case would proceed on an information filed by the United States Attorney.
* Court asks if the defendant has discussed waiving the right to indictment by a grand jury with her attorney, and if so whether the defendant has formally waived that right.
* Defendant signs waiver of indictment in court.
* This case is assigned to Judge Wesley L. Hsu.
* Counsel are ordered to contact Judge Hsu's CRD Lesbith Castillo Orellana at (213) 894-3656 regarding the setting of dates for the guilty plea and all further proceedings. Judge Hsu is located in the Los Angeles - United States Courthouse, Courtroom 9B / 9350.

cc:  PSALA        PSAED        PSASA
     USMLA        USMED        USMSA        **Initial Appearance/Appointment of Counsel:** 00 : 00
     Statistics Clerk            ✔ Interpreter        **Arraignment:** 00 : 03
     CJA Supervising Attorney      Fiscal        **Initials of Deputy Clerk:** MR by TRB