

FILED
CLERK, U.S. DISTRICT COURT

MAY 1 1 2026

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF | CASE NUMBER:<br>2:26-cr-00186-WLH |
| V. | | |
| Eileen Wang | DEFENDANT | **WAIVER OF INDICTMENT** |

I, _____ Eileen Wang _____ , the above-named defendant,
who is accused of ____ Acting in the United States as an illegal agent of a foreign government ____ , in
violation of _____ 18:951: _____ , being
advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on
_____ 05/11/2026 _____ , prosecution by indictment and consent that the proceedings may be by
information rather than by indictment.

05/11/2026
_____
Date

_____
Defendant

5/11/2026
_____
Date

_____
Counsel for Defendant

5/11/2026
_____
Date

Before:  Judicial Officer

If the defendant does not speak English, complete the following:

I, ____ Junting Tan ____ , am fluent in written and spoken English and ____ Mandarin ____
languages.  I accurately translated this Waiver of Indictment from English to ____ Mandarin ____
for defendant ____ Eileen Wang ____ on this date.

5/11/2026
_____
Date

_____
Interpreter

CR-57 (06/14)                    **WAIVER OF INDICTMENT**