BRIAN A. SUN (SBN 89140)
Email: brian.sun@nortonrosefulbright.com
ABIGAIL G. URQUHART
Email: abigail.urquhart@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
555 S. Flower St., 41 Fl
Los Angeles, California 90071
Telephone:   (213)-892-9200
Facsimile:    (213)-892-9494

JASON L. LIANG (SBN 251235)
Email: jliang@lianglyllp.com
JENNIFER L. CHOR (SBN 352577)
Email: jchor@lianglyllp.com
LIANG LY LLP
601 South Figueroa Street
Suite 1950
Los Angeles, California 90017
Telephone:  (213) 262-8000
Facsimile:   (213) 335-7776

Attorneys for Defendant Eileen Wang

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EILEEN WANG<br><br>Defendants. | CASE NO.  2:26-cr-00186-WLH<br><br>**NOTICE OF ASSOCIATION OF COUNSEL** |

NOTICE OF ASSOCIATION OF DEFENDANT'S COUNSEL

**PLEASE TAKE NOTICE** that Brian A. Sun and Abigail G. Urquhart, attorneys of record for Defendant Eileen Wang, hereby associate Liang Ly LLP and attorneys Jason L. Liang and Jennifer L. Chor as co-counsel for Ms. Wang in this matter.  The names, office address, telephone number, and email addresses of the associated attorneys are as follows:

> Jason L. Liang
> jliang@lianglyllp.com
> Jennifer L. Chor
> jchor@lianglyllp.com
> LIANG LY LLP
> 601 S. Figueroa St., Suite 1950
> Los Angeles, CA 90017
> Telephone: (213)-262-8002

DATED:  May 15, 2026

Respectfully submitted,
NORTON ROSE FULBRIGHT US LLP

By:   /s/ Abigail G. Urquhart
Brian A. Sun
Abigail G. Urquhart
*Attorneys for Defendant Eileen Wang*

DATED:  May 15, 2026

Respectfully submitted,
LIANG LY LLP

By:   /s/ Jennifer L. Chor
Jason L. Liang
Jennifer L. Chor
*Attorneys for Defendant Eileen Wang*

NOTICE OF ASSOCIATION OF DEFENDANT'S COUNSEL

LIANG LY LLP
601 South Figueroa Street, Suite 1950
Los Angeles, California 90017
213.262.8000 (Telephone) | 213.335.7776 (Facsimile)