FILED
CLERK, U.S. DISTRICT COURT

MAY 1 1 2026

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>Eileen Wang    DEFENDANT. | CASE NUMBER:<br><br>2:26-cr-00186-WLH<br><br>**DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS** |

I, ___Eileen Wang___, declare that
_(Defendant/Material Witness)_

☐ I have never been issued any passport or other travel document by any country. I will not apply for a passport or other travel document during the pendency of this case.

☒ I have been issued a passport or other travel document(s). I will surrender my passport and all other travel document(s) issued to me to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case.

☐ I am unable to locate my passport(s) or other travel document(s). If I locate any passport or other travel document issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

☐ My passport and all other travel documents issued to me are in the possession of federal authorities. If any such document is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___11th___ day of ___May___, 20___26___
at ___Los Angeles, California___
_(City and State)_

_____
_Signature of Defendant/Material Witness_

If the declarant is not an English speaker, include the following:

I, ___Juntino Tau___, am fluent in written and spoken English and ___Mandarin___ languages. I accurately translated this form from English into ___Mandarin___ to declarant ___Eileen Wang___ on this date.

Date: ___5/11/2526___

_____
_Interpreter_