# United States Probation & Pretrial Services

United States District Court
Central District of California



Brian D. Karth
District Court Executive / Clerk of Court

Natasha Alexander-Mingo
Chief Probation & Pretrial Services Officer

**FILED**
CLERK, U.S. DISTRICT COURT

05/13/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____GSA_____ DEPUTY

PACTS No: 11059563

## Passport Receipt

Defendant Name: Eileen Wang

Name on passport, if different: Eileen Li Wang

Country of Origin: United States of America

Ordered by court in the Central District of California

Docket Number: 2:26-CR-00186-PVC

U.S. Probation & Pretrial Services
Headquarter

Edward R. Roybal Federal Building
and U.S. Courthouse
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-3332
Phone 213-894-4726 / Fax 213-894-0231

_Jennifer Chur_
Surrendered By

_05/12/2026_
Date

_05/12/22_
Date

Received By

Returned To

Date

Surrendered By

Date

Purpose Returned

Address (if mailed)